```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF CALIFORNIA
```

In re:                              )
                                    ) Bankruptcy Case No. 15-11734-B-13
GEORGE MANUEL SOUSA,                )
                                    )
                                    )
        Debtor(s).                  )
_____     )
UNITED STATES TRUSTEE,              )
        Plaintiff(s),               ) Adversary Proceeding No. 15-01062-B
                                    )
vs.                                 )
GEORGE MANUEL SOUSA,                )
                                    )
        Defendant(s).               )
_____     )

**REQUEST FOR ENTRY OF DEFAULT BY PLAINTIFF(S)**
*(This form is to be used for a single defendant only. If you have multiple defendants, please submit a separate request for each.)*

On (date) 5/15/15, a summons was issued in this case.

On (date) MAY 18, 2015, the summons and complaint were properly and timely served on GEORGE MANUEL SOUSA defendant in this adversary proceeding. Service on said defendant was made within 7 days of the date that the Summons was issued.

The defendant so served was required to file an answer or other responsive pleading to said complaint or a motion pursuant to Federal Rule of Bankruptcy Procedure 7012 on or before 06/15/15. The defendant so served did not file an answer, a motion, or other responsive pleading by that date.

The defendant has not been granted a request for an extension of time to file a responsive pleading in this matter.

EDC 003-726 (Rev. 12/10/14)                              Page 1 of 4

1    Accordingly, I request that default be entered against the
2 defendant named herein.
3    I declare under penalty of perjury that the foregoing is
4 true and correct.
5 Dated: 06/17/15

       ROBIN TUBESING
       _____
       (Type or Print Name)

       /s/ Robin Tubesing
       _____
       (Signature of plaintiff or attorney for plaintiff)

**DECLARATION OF PROPER PROOF OF SERVICE**
*(This declaration must be filed in addition to a proof of service.)*

The defendant is an individual. Service was effected in compliance with (check one if applicable):

     Fed. R. Bankr. P. 7004(b)(1) _____

     Fed. R. Bankr. P. 7004(b)(7) _____

     Fed. R. Bankr. P. 7004(b)(8) _____

The defendant is an infant or incompetent person. Service was effected in compliance with (check one if applicable):

     Fed. R. Bankr. P. 7004(b)(2) _____

     Fed. R. Bankr. P. 7004(b)(8) _____

The defendant is a corporation, partnership, or other unincorporated association. Service was effected in compliance with (check one if applicable):

     Fed. R. Bankr. P. 7004(b)(3) _____

     Fed. R. Bankr. P. 7004(b)(7) _____

     Fed. R. Bankr. P. 7004(b)(8) _____

The defendant is the United States. Service was effected in compliance with Local Bankruptcy Rule 2002-1 and in compliance with (check one if applicable):

     Fed. R. Bankr. P. 7004(b)(4) _____

     Fed. R. Bankr. P. 7004(b)(8) _____

| | |
|---|---|
| 1 | The defendant is an office or agency of the United States, other than the United States Trustee. Service was effected in compliance with (check one if applicable): |
| 2 | |
| 3 | Fed. R. Bankr. P. 7004(b)(4) _____ |
| 4 | Fed. R. Bankr. P. 7004(b)(5) _____ |
| 5 | Fed. R. Bankr. P. 7004(b)(8) _____ |
| 6 | The defendant is a state or municipal corporation. Service was effected in compliance with (check one if applicable): |
| 7 | |
| 8 | Fed. R. Bankr. P. 7004(b)(6) _____ |
| 9 | Fed. R. Bankr. P. 7004(b)(8) _____ |
| 10 | The defendant is the debtor in this bankruptcy case. Service was effected in compliance with (check if applicable): |
| 11 | Fed. R. Bankr. P. 7004(b)(9)  ✓ |
| 12 | The defendant is the debtor in this bankruptcy case and is represented by an attorney. Service was effected in compliance with (check if applicable): |
| 13 | |
| 14 | Fed. R. Bankr. P. 7004(g) _____ |
| 15 | The defendant is the United States Trustee. Service was effected in compliance with (check if applicable): |
| 16 | |
| 17 | Fed. R. Bankr. P. 7004(b)(10) _____ |
| 18 | The defendant is an Insured Depository Institution. Service was effected in compliance with (check one if applicable): |
| 19 | Fed. R. Bankr. P. 7004(h) |
| 20 | Fed. R. Bankr. P. 7004(h)(1) |
| 21 | Fed. R. Bankr. P. 7004(h)(2) |
| 22 | Fed. R. Bankr. P. 7004(h)(3) |
| 23 | I declare under penalty of perjury under the laws of the |
| 24 | State of California that the foregoing is true and correct. |
| 25 | Dated: 06/17/15 |
| 26 | ROBIN TUBESING |
| 27 | (Type or Print Name) |
| 28 | /s/ Robin Tubesing |
| | (Signature of Plaintiff or Plaintiff's attorney) |

EDC 003-726 (Rev. 12/10/14)                                   Page 3 of 4

1  **DECLARATION REGARDING AGE AND COMPETENCY OF DEFENDANT
    ALONG WITH DECLARATION RE NONMILITARY STATUS**
2
3　　(X)　The defendant is not an infant or incompetent person.
4　　(X)　The defendant named in this request is not entitled to
5　the benefits of the Servicemembers Civil Relief Act of 2003.  (50
6　App. U.S.C.A. 501 et seq.)
7　　I declare under penalty of perjury that the foregoing is
8　true and correct.
9　Dated: 06/17/15

　　　　　　　　ROBIN TUBESING
　　　　　　　　(Type or Print Name)

　　　　　　　　/s/ Robin Tubesing
　　　　　　　　(Signature of plaintiff or attorney for plaintiff)