**ROBIN TUBESING #26680-49 [Indiana]**
Trial Attorney
GREGORY S. POWELL #182199
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, California 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030
robin.tubesing@usdoj.gov

Attorneys for Tracy Hope Davis,
United States Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>GEORGE MANUEL SOUSA,<br><br>　　　　　　　　　Debtors. | Case No. 15-11734-B-13<br>Chapter 13<br><br>UST-001 |
| TRACY HOPE DAVIS,<br>United States Trustee,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>GEORGE MANUEL SOUSA,<br><br>　　　　　　　　　Defendants. | A.P. No. 15-1062<br><br>DATE:　July 23, 2015<br>TIME:　1:30 p.m.<br>PLACE: United States Courthouse<br>　　　　Department B, Courtroom 12<br>　　　　2500 Tulare Street, Fifth Floor<br>　　　　Fresno, California<br><br>Judge:　W. Richard Lee |

**DECLARATION OF ROBIN TUBESING IN SUPPORT OF
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

I, Robin Tubesing, hereby declare:

1. I am a Trial Attorney employed by the United States Department of Justice, Office of the United States Trustee, in Fresno, California, and the attorney of record for the United States Trustee in this matter. I am duly admitted to practice before this court. This declaration is based upon facts of which I have personal knowledge, as well as judicially-noticeable facts, such as filing dates, apparent from the court's records in this proceeding. This declaration is made in my

1

official capacity as a representative of the United States Trustee without waiving the attorney client priviledge or work product privilege.

    2.  I reviewed the Bankrutpcy Court's docket and related pleadings in the above-captioned case as well as the prior cases.

    3.  The Defendant is not an infant or incompetent persons or in the military service within the meaning of the Soldiers' and Sailors' Relief Act of 1940, 50 U.S.C. App. § 50, et. seq.

**Case No. 1 (05-12409-B-7):**

    4.  The Defendant and his wife, Melinda Ann Sousa, filed a Chapter 7 bankruptcy voluntary petition on March 30, 2005. *See Voluntary Petition from Case No. 1 filed concurrently as Exhibit 1*.

    5.  The Defendant and Melinda Ann Sousa were granted a discharge on September 7, 2005. *See discharge order from Case No. 1 filed concurrently as Exhibit 2*.

    6.  This was not an abusive filing.

**Case No. 2 (14-15605-B-13):**

    7.  The Defendant filed a "skeletal" *pro se* Chapter 13 bankruptcy voluntary petition on November 19, 2014. *See Voluntary Petition from Case No. 2 filed concurrently as Exhibit 3*.

    8.  The case was dismissed on December 9, 2014, for failure to file documents. *See dismissal order from Case No. 2 filed concurrently as Exhibit 4*.

    9.  The Defendant did not disclose his prior filing on the voluntary petition. *See Exhibit 3*.

**Case No. 3 (15-10108-B-13):**

    10.  The Defendant filed a "skeletal" *pro se* Chapter 13 bankruptcy voluntary petition on January 15, 2015. *See Voluntary Petition from Case No. 3 filed concurrently as Exhibit 5*.

11. The case was dismissed on February 2, 2015, for failure to file documents. *See dismissal order from Case No. 3 filed concurrently as Exhibit 6.*

12. The Defendant indicated a prior bankruptcy filed on October 17, 2014, on his voluntary petition, but did not provide the case number. The Defendant has no prior filings that correspond with that date and did not disclose his actual prior filings. *See Exhibit 5.*

**Case No. 4 (15-10668-A-13):**

13. Melinda Ann Sousa filed a "skeletal" *pro se* Chapter 13 bankruptcy voluntary petition on February 25, 2015. *See Voluntary Petition from Case No. 4 filed concurrently as Exhibit 7.*

14. The case was dismissed on March 16, 2015, for failure to file documents. *See dismissal order from Case No. 4 filed concurrently as Exhibit 8.*

15. Melinda Ann Sousa did not disclose any prior filings on her voluntary petition. *See Exhibit 7.*

**Case No. 5 (15-11374-B-13):**

16. The Defendant and Melinda Ann Sousa filed a "skeletal" *pro se* Chapter 13 bankruptcy voluntary petition on April 13, 2015. *See Voluntary Petition from Case No. 5 filed concurrently as Exhibit 9.*

17. The case was dismissed on April 24, 2015, for failure to file documents. *See dismissal order from Case No. 5 filed concurrently as Exhibit 10.*

18. The Defendant did not disclose any prior filings on his voluntary petition. *See Exhibit 9.*

**Current Case (15-11734-B-13):**

19. The Defendant filed a *pro se* Chapter 13 bankruptcy voluntary petition on April 30, 2015. *See Voluntary Petition from Current Case filed concurrently as Exhibit 11.*

20.  The Defendant did not disclose any prior filings on the voluntary petition. *See Exhibit 11.*

21.  On June 19, 2015, the Chapter 13 Trustee filed a motion to dismiss the case for:

1) Unreasonable delay by the Debtor that is prejudicial to creditors;
2) Failure to appear at the scheduled 341 Meeting of Creditors;
3) Failure to provide financial documents;
4) Failure to file complete and accurate schedules; and
5) Failure to file a complete plan.

A hearing on the matter is set for July 9, 2015. *See Chapter 13 Trustee's motion to dismiss filed in Current Case filed concurrently as Exhibit 12.*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 25, 2015, at Fresno, California.

By:　/s/  Robin Tubesing
　　　Robin Tubesing

Direct phone: 559-487-5002 Ext. 224
E-mail: robin.tubesing@usdoj.gov