**ROBIN TUBESING #26680-49 [Indiana]**
Trial Attorney
**GREGORY S. POWELL #182199**
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, California 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030
robin.tubesing@usdoj.gov

Attorneys for Tracy Hope Davis,
United States Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>GEORGE MANUEL SOUSA,<br><br>                Debtors. | Case No. 15-11734-B-13<br>Chapter 13 |
| TRACY HOPE DAVIS,<br>United States Trustee,<br><br>                Plaintiff,<br>v.<br><br>GEORGE MANUEL SOUSA,<br><br>                Defendants. | A.P. No. 15-1062<br><br><br><br><br><br><br>Judge: W. Richard Lee |

**JUDGMENT**

      The Plaintiff's Motion for Default Judgment having been granted in part, it is hereby

///

///

///

///

RECEIVED
August 06, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005588905

1

**ORDERED, ADJUDGED AND DECREED** that the Defendant, George Manuel Sousa, is barred from filing any new voluntary petition for a period of two years which is not accompanied by an order issued after a hearing on notice to the United States Trustee by a Bankruptcy Judge of the Eastern District of Califronia expressly authorizingthe new filing.

Dated: Aug 07, 2015

_____
W. Richard Lee
United States Bankruptcy Judge